IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL L. DENNIS, | ) |
| Plaintiff, | ) No. 3:10-0074 |
| | ) JUDGE HAYNES |
| v. | ) |
| LAWRENCE TAYLOR, JR., and | ) |
| METRO POLICE DEPARTMENT, | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 16) recommending that Plaintiff's claims against the Defendant Metro Police Department be dismissed for failure to state a claim, but Plaintiff's claims against the Defendant Lawrence Taylor, Jr., proceed. Plaintiff has not filed any objections.

After de novo review, the Court **ADOPTS** the Report and Recommendation. Accordingly, Plaintiff's claims against the Defendant Metro Police Department are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted. The Clerk shall issue process to Defendant Officer Lawrence Taylor, Jr.

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B), this action is again referred to the Honorable John Bryant, Magistrate Judge to hear and determine any pretrial issues, motions, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

It is so **ORDERED**.

ENTERED this the ____ day of April, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge