UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL L. DENNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0074 |
| ) | Judge Haynes/Bryant |
| LAWRENCE TAYLOR, JR. and METRO ) | |
| POLICE DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Plaintiff Samuel L. Dennis has filed his motion to compel the Metropolitan Police Department to furnish to him the last known address of defendant Lawrence Taylor, Jr. (Docket Entry No. 24). As grounds for this motion, plaintiff states that the summons issued for defendant Taylor has been returned unexecuted (Docket Entry No. 23), and that the information sought is necessary in order that defendant Taylor can be served "and this action may proceed."

Since the filing of plaintiff's motion, defendant Taylor has appeared in this action through counsel (Docket Entry No. 25). Given this appearance, personal service of process on defendant Taylor is unnecessary and this case may proceed without the necessity of personal service upon him.

For the reasons stated above, plaintiff's motion to compel production of defendant Taylor's last known address is **DENIED**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge